**No. 63281.**—Chas. Kurz Co. *v.* United States, protest 300433–K (Philadelphia).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk waste noils under 2-inch lengths, the claim of the plaintiff was sustained.